UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. MJ08-576-BAT |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| MONTGOMERY HILL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged:

　　Possession with Intent to Deliver Cocaine.

Detention Hearing: December 17, 2008.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　Defendant is charged with a serious offense involving over 100 kilograms of cocaine with a street value of over $2.5 million. If convicted he faces a mandatory minimum sentence of 10 years in prison. The strength of the case against defendant is strong: he was arrested on a beach

DETENTION ORDER -1

1  with the cocaine and subsequently admitted to committing the crime.  Defendant is a Canadian

2  citizen.  When initially interviewed by US Pretrial Services, he was not sure of his address.  Over

3  the last 10 years he has moved from place to place living only a few months in one location.

4  Defendant has a significant history of substance abuse.

5      It is therefore ORDERED:

6      (1)    Defendant shall be detained pending trial and committed to the custody of the

7  Attorney General for confinement in a correctional facility separate, to the extent practicable,

8  from persons awaiting or serving sentences, or being held in custody pending appeal;

9      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

10  counsel;

11      (3)    On order of a court of the United States or on request of an attorney for the

12  Government, the person in charge of the correctional facility in which defendant is confined shall

13  deliver the defendant to a United States Marshal for the purpose of an appearance in connection

14  with a court proceeding; and

15      (4)    The clerk shall direct copies of this order to counsel for the United States, to counsel

16  for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

17      DATED this 17th day of December, 2008.

18

19                                                             BRIAN A. TSUCHIDA
20                                                           United States Magistrate Judge

21

22

23

DETENTION ORDER -2